UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>v.<br><br>TAMICHALE L. PAIGE,<br><br>                      Defendant. | Case No. 16-CR-41-JPS<br><br><br><br><br>ORDER |

On May 26, 2016, this Court ruled on Magistrate Judge William E. Duffin's first report and recommendation on the defendant's motion to suppress. (Docket #19). It found that on the facts presented, it agreed with Magistrate Duffin that the motion should be denied. *Id.* at 3. However, the Court also granted the defendant's request for an evidentiary hearing to challenge those facts. *Id.* at 4-5. The hearing was held on June 22, 2016. (Docket #21). The next day, Magistrate Duffin issued a second report and recommendation, finding that the evidence adduced at the hearing confirmed the facts previously presented. (Docket #22 at 5). Magistrate Duffin again recommended that the motion to suppress be denied. *Id.* at 6.

The time for filing objections to Magistrate Duffin's second report and recommendation has closed, and no objections have been received. The Court will, therefore, adopt the recommendation and deny the defendant's motion to suppress.

Accordingly,

IT IS ORDERED that Magistrate Judge William E. Duffin's report and recommendation (Docket # 22) be and the same is hereby ADOPTED; and

IT IS FURTHER ORDERED that the defendant's motion to suppress (Docket #9) be and the same is hereby DENIED.

Dated at Milwaukee, Wisconsin, this 14th day of July, 2016.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge